In re    Lewis Y. Faber                                                      ,          Case No.    07-11652-brl
                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Location: 155 W. 68th Street, Apt. 34B, New York NY | Fee simple | J | Unknown | 993,051.00 |
| Location: 21 Winston Lane, Garrison, NY | Fee simple | J | Unknown | 1,470,000.00 |

|  | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 0.00 |  |

0    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    Lewis Y. Faber                                                              Case No.    07-11652-brl

                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Sterling National Bank & Trust Co. 500 Seventh Avenue New York, NY  10018 | H | 300.00 |
| | | | Commerce Bank 68th Street and Broadway New York, NY  10023 Account No. 7915640002 | H | 400.00 |
| | | | Sloan Securities Two Executive Drive, 5th Floor Fort Lee, NJ  07024 | J | 1,000.00 |
| | | | UBS 67 Wall Street Huntington, NY | J | 2,500.00 |
| | | | DWS Scudder Account No. 1728869 PO Box 219151 Kansas City, MO  64121-9151 | J | 675.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous | - | 500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous | - | 750.00 |
| 6. | Wearing apparel. | | Miscellaneous apparel | - | 500.00 |
| 7. | Furs and jewelry. | X | | | |

Sub-Total >          6,625.00
(Total of this page)

  3   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

In re     Lewis Y. Faber                                Case No.     07-11652-brl

                                              Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Roth IRA UBS 67 Wall Street Huntington, NY | - | 40,000.00 |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | Yale Factors, Inc. 202 West 40th Street New York, NY 10018 (80 %) | - | 0.00 |
| | | | Yale Capital Inc. 202 West 40th Street New York, NY 10018 100% interest | - | 0.00 |
| | | | Yale Business Credit Inc. 202 West 40th Street New York, NY 10018 100% interest | - | 0.00 |
| 14. | Interests in partnerships or joint ventures. Itemize. | | L.H. Faber Family Limited Partnership 1% general partner 46% limited partner | - | Unknown |
| | | | L.H.F. 68th Street Family Limited Partnership 1% general partner 48% limited partner (unfunded) | - | Unknown |

|  | Sub-Total > (Total of this page) | 40,000.00 |
|---|---|---|

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

In re    Lewis Y. Faber                                                                    Case No.    07-11652-brl
                                                        ,
                                        Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | L.H.F. Winston Family Limited Partnership 1% general partner 46% limited partner | - | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Carole Murray 47 Heathway Court West Heath Road London, NW 37TS England (2nd Mortgage) | J | 17,500.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >                    17,500.00
(Total of this page)

Sheet   2   of   3   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     Lewis Y. Faber                                                    Case No.    07-11652-brl
                                    ,
                              Debtor

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Lexus 300 SUV (50,000 miles) Location: 145 W. 67th Street, New York NY 10023 | - | 10,000.00 |
| | | 2004 Chrysler Sebring (20,000 miles) Location: 145 W. 67th Street, New York, NY | - | 6,000.00 |
| | | 1997 Rolls Royce Location: 605 W. 129th Street, New York, NY | - | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          17,000.00
(Total of this page)
Total >          81,125.00

Sheet   3   of   3   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   Lewis Y. Faber                                                          Case No.   07-11652-brl
                                                                                       ,
                                            Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Location: 155 W. 68th Street, Apt. 34B, New York NY | NYCPLR § 5206(a) | 50,000.00 | Unknown |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Sterling National Bank & Trust Co.<br>500 Seventh Avenue<br>New York, NY 10018 | NYCPLR § 5205(a) | 300.00 | 300.00 |
| Commerce Bank<br>68th Street and Broadway<br>New York, NY 10023<br>Account No. 7915640002 | NYCPLR § 5205(a) | 400.00 | 400.00 |
| Sloan Securities<br>Two Executive Drive, 5th Floor<br>Fort Lee, NJ 07024 | NYCPLR § 5205(a) | 1,000.00 | 1,000.00 |
| UBS<br>67 Wall Street<br>Huntington, NY | NYCPLR § 5205(a) | 2,500.00 | 2,500.00 |
| DWS Scudder<br>Account No. 1728869<br>PO Box 219151<br>Kansas City, MO 64121-9151 | NYCPLR § 5205(a) | 675.00 | 675.00 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous | NYCPLR § 5205(a)(5) | 500.00 | 500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Miscellaneous | NYCPLR § 5205(a)(5) | 750.00 | 750.00 |
| **Wearing Apparel** | | | |
| Miscellaneous apparel | NYCPLR § 5205(a)(5) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Roth IRA<br>UBS<br>67 Wall Street<br>Huntington, NY | Debtor & Creditor Law § 282(2)(e) | 40,000.00 | 40,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2003 Lexus 300 SUV<br>(50,000 miles)<br>Location: 145 W. 67th Street, New York NY 10023 | Debtor & Creditor Law § 282(1) | 2,400.00 | 10,000.00 |
| 2004 Chrysler Sebring (20,000 miles)<br>Location: 145 W. 67th Street, New York, NY | Debtor & Creditor Law § 282(1) | 0.00 | 6,000.00 |

   1    continuation sheets attached to Schedule of Property Claimed as Exempt

In re    Lewis Y. Faber                                                 ,    Case No.    07-11652-brl

Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1997 Rolls Royce Location: 605 W. 129th Street, New York, NY | Debtor & Creditor Law § 282(1) | 0.00 | 1,000.00 |

| | Total: | 99,025.00 | 63,625.00 |
|---|---|---|---|

Sheet  1  of  1  continuation sheets attached to the Schedule of Property Claimed as Exempt

In re    Lewis Y. Faber                                         ,           Case No.    07-11652-brl
                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Location: 155 W. 68th Street, Apt. 34B, New York NY | | | | | |
| Central Mortgage Co. 801 John Barron Road Little Rock, AR 72205 | | - | | | | | | |
| | | | Value $               Unknown | | | | 993,051.00 | Unknown |
| Account No. | | | First mortgage | | | | | |
| JPMorganChase PO Box 830016 Baltimore, MD 21283-0016 | | - | Location: 21 Winston Lane, Garrison, NY | | | | | |
| | | | Value $               Unknown | | | | 595,000.00 | Unknown |
| Account No. | | | Location: 21 Winston Lane, Garrison, NY | | | | | |
| Sterling National Bank 500 Seventh Avenue, 11th Floor New York, NY 10018 | | - | | | | | | |
| | | | Value $               Unknown | | | | 875,000.00 | Unknown |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

 0    continuation sheets attached

| | Subtotal (Total of this page) | 2,463,051.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 2,463,051.00 | 0.00 |

Official Form 6E (4/07)

In re     Lewis Y. Faber                                    Case No.     07-11652-brl
                                              ,
                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                              0      continuation sheets attached

In re    Lewis Y. Faber,                                                                  Case No.    07-11652-brl
_____
                                Debtor(s)

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                          Robert Behrmann 159-02 28th Avenue Flushing, NY 11358 | | - | as of August 2007 monies loaned | | | X | $              200,000.00 |
| Account No.                                          Chase Visa PO Box 15657 Wilmington, DE 19886-5657 | | - | as of August 2007 credit card debt | | | X | $               20,899.72 |
| Account No.                                          Daval 37 Associates, LLC c/o Walter & Samuels New York, NY 10016 | | - | as of August 2007 guarantor of lease | | | X | $               26,343.42 |
| Account No.                                          Jared Faber 3407 Fernwood Avenue Los Angeles, CA 90039 | | - | as of August 2007 monies loaned | | | | $               95,947.58 |

<u>  6  </u>  continuation sheets attached

Subtotal ➔ (Total of this page)    $              343,190.72

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

In re　Lewis Y. Faber,　　　　　　　　　　　　　　　　　　　Case No.　07-11652-brl
Debtor(s)

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Frediva Associates LLP<br>c/o Dr. F. Hoschander<br>84-01 Kent Street<br>Jamaica, NY 11432 | - | | as of August 2007<br>monies loaned | | | X | $　　1,675,000.00 |
| Account No.<br><br>Stewart & Ilanna Goldberg<br>333 East Linden Street<br>Englewood, NJ 07631 | - | | as of August 2007<br>monies loaned | | | X | $　　　600,000.00 |
| Account No.<br><br>Lukasz Gottwald<br>317 W 21st Street, Apt. D<br>New York, NY 10011 | - | | as of August 2007<br>monies loaned | | | X | $　　　200,000.00 |
| Account No.<br><br>Gladys Gruenwald Berk<br>150 West End Avenue, #16D<br>New York, NY 10023 | - | | as of August 2007<br>monies loaned | | | X | $　　　556,234.00 |
| Account No.<br><br>Abe Gruenwald<br>3407 Fernwood Avenue<br>Los Angeles, CA 90039 | - | | as of August 2007<br>monies loaned | | | X | $　　　100,000.00 |

Sheet __1__ of __6__ continuation sheets attached to the Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➔　$　　3,131,234.00
(Total of this page)

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

In re  Lewis Y. Faber,                                                    Case No.    07-11652-brl
                                                Debtor(s)

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Gladys Gruenwald Custodian/Joshua Berk, UGMA 150 West End Avenue, #16D New York, NY 10023 | | - | as of August 2007 monies loaned | | | X | $ 50,000.00 |
| Account No.  Fred Hoschander 84-01 Kent Street Jamaica, NY 11432 | | - | as of August 2007 monies loaned | | | X | $ 400,000.00 |
| Account No.  Fred Hoschander DOPC Pension Fund 84-01 Kent Street Jamaica, NY 11432 | | - | as of August 2007 monies loaned | | | X | $ 1,925,000.00 |
| Account No.  M. Hoschander Cust. Daniel Hoschander UGMA 147-15 68th Drive Flushing, NY 11367 | | - | as of August 2007 monies loaned | | | X | $ 200,000.00 |
| Account No.  M. Hoschander Cust. Evan Hoschander UGMA 147-15 68th Drive Flushing, NY 11367 | | - | as of August 2007 monies loaned | | | X | $ 200,000.00 |

Sheet  2  of  6  continuation sheets attached to the Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ➜ $     2,775,000.00
(Total of this page)

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

In re    Lewis Y. Faber,                                                    Case No.    07-11652-brl
_____
                          Debtor(s)

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Marc Hoschander<br>147-15 68th Drive<br>Flushing, NY 11367 | | - | as of August 2007<br>monies loaned | | | X | $          1,055,000.00 |
| Account No.<br><br>Marc Hoschander<br>Cust. Emily Hoschander UGMA<br>147-15 68th Drive<br>Flushing, NY 11367 | | - | as of August 2007<br>monies loaned | | | X | $            200,000.00 |
| Account No.<br><br>Miriam Hoschander<br>4910 17th Avenue<br>Brooklyn, NY 11204 | | - | as of August 2007<br>monies loaned | | | X | $            300,000.00 |
| Account No.<br><br>HSBC<br>186 E. 86th Street<br>New York, NY 10028 | | - | as of August 2007<br>guaranty | | | X | $            100,000.00 |
| Account No.<br><br>Carol Jacobowitz<br>9 President Street<br>Staten Island, NY 10314 | | - | as of August 2007<br>monies loaned | | | X | $            300,000.00 |

Sheet   3   of   6   continuation sheets attached to the Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➔ (Total of this page) $          1,955,000.00

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

In re Lewis Y. Faber,                       Case No.    07-11652-brl

Debtor(s)

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Cheryl Beth Jacobowitz<br>PO Box 140667<br>Staten Island, NY 10314 | - | | as of August 2007<br>monies loaned | | | X | \$ 250,000.00 |
| Account No.<br><br>David L. Jacobowitz<br>897 Willowbrook Road<br>Staten Island, NY 10314 | - | | as of August 2007<br>monies loaned | | | X | \$ 200,000.00 |
| Account No.<br><br>Sheryl Jacobowitz<br>897 Willowbrook Road<br>Staten Island, NY 10314 | - | | as of August 2007<br>monies loaned | | | X | \$ 500,000.00 |
| Account No.<br><br>Linda Krasne<br>12208 Snead Place<br>Tampa, FL 33624 | - | | as of August 2007<br>monies loaned | | | X | \$ 60,000.00 |
| Account No.<br><br>Osmar Lewinski<br>c/o Safra Bank Attn E Michaan<br>70 rue du Rhone Case Postale 5809<br>1211 Geneve 11<br>SWITZERLAND | - | | as of August 2007<br>monies loaned | | | X | \$ 825,000.00 |

Sheet __4__ of __6__ continuation sheets attached to the Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➔ (Total of this page)    \$      1,835,000.00

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

In re __Lewis Y. Faber,__ _____   Case No. __07-11652-brl__

                                    Debtor(s)

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | Husband, Wife, Joint or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  MBNA America PO Box 15019 Wilmington, DE 19886-5019 | | - | as of August 2007 credit card | | | X | $         47,327.95 |
| Account No.  David Schlesinger 68-20 Harrow Street Forest Hills, NY 11375 | | - | as of August 2007 monies loaned | | | X | $         95,000.00 |
| Account No.  Debbie Silberberg 6 Dewhurst Street Staten Island, NY 10314 | | - | as of August 2007 monies loaned | | | X | $        127,500.00 |
| Account No.  Esther Silberberg 6 Dewhurst Street Staten Island, NY 10314 | | - | as of August 2007 monies loaned | | | X | $         75,000.00 |
| Account No.  Neil Silberberg 6 Dewhurst Street Staten Island, NY 10314 | | - | as of August 2007 monies loaned | | | X | $        119,000.00 |

Sheet __5__ of __6__ continuation sheets attached to the Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal → (Total of this page)   $        463,827.95

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

In re  Lewis Y. Faber,                                                                  Case No.   07-11652-brl
                                                                                    
_____
                          Debtor(s)

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Robin Silberberg<br>6 Dewhurst Street<br>Staten Island, NY 10314 | | - | as of August 2007<br>monies loaned | | | X | $         38,500.00 |
| Account No.<br><br>Scott Silberberg<br>6 Dewhurst Street<br>Staten Island, NY 10314 | | - | as of August 2007<br>monies loaned | | | X | $       200,000.00 |
| Account No.<br><br>Daniel Talassazan<br>Nissan 202, LLC<br>485 7th Avenue, 5th Floor<br>New York, NY 10018 | | - | Guaranty of lease | | | | $           3,600.00 |
| Account No.<br><br><br><br> | | | | | | | $ |
| Account No.<br><br><br><br> | | | | | | | $ |

| | |
|---|---|
| Sheet  6  of  6  continuation sheets attached to the Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal➔ $          242,100.00 |
| | (Total of this page) |
| | Total➔ $     10,745,352.67 |
| | (Report on Summary of Schedules) |

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

In re     Lewis Y. Faber                              Case No. __07-11652-brl__

                                      Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

 

__0__ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

Form B6H
(10/05)

In re    Lewis Y. Faber                                              Case No.    07-11652-brl
                                        Debtor

# SCHEDULE H. CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor,
indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).
☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Helen Rubinstein<br>155 W. 68th Street, Apt. 34B<br>New York, NY 10023 | Central Mortgage Co.<br>801 John Barron Road<br>Little Rock, AR 72205 |
| Helen Rubinstein<br>155 W. 68th Street, Apt. 34B<br>New York, NY 10023<br>   Limited by Agreement and only to the extent of her<br>interest in 21 Winston Lane, Garrison, NY | Sterling National Bank<br>500 Seventh Avenue, 11th Floor<br>New York, NY 10018 |

   0    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   Lewis Y. Faber _____     Case No.   07-11652-brl _____
                              Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): None. | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Executive | |
| Name of Employer | Yale Capital Inc. | |
| How long employed | More than 10 years | |
| Address of Employer | 202 W. 40th Street, Suite 803 New York, NY 10018 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Official Form 6J (10/06)

In re   Lewis Y. Faber                                          Case No.   07-11652-brl
                        Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 14,000.00 |
| a. Are real estate taxes included? Yes _X_ No ___ | | |
| b. Is property insurance included? Yes ___ No _X_ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 900.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 200.00 |
| d. Other _____ | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 2,200.00 |
| 4. Food | | $ 2,500.00 |
| 5. Clothing | | $ 200.00 |
| 6. Laundry and dry cleaning | | $ 400.00 |
| 7. Medical and dental expenses | | $ 400.00 |
| 8. Transportation (not including car payments) | | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100.00 |
| 10. Charitable contributions | | $ 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 800.00 |
| d. Auto | | $ 600.00 |
| e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other _____ | | $ 0.00 |
| c. Other _____ | | $ 0.00 |
| d. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
| Other _____ | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 22,600.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | | $ 0.00 |
| b. Average monthly expenses from Line 18 above | | $ 22,600.00 |
| c. Monthly net income (a. minus b.) | | $ -22,600.00 |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Southern District of New York

In re    Lewis Y. Faber

Debtor(s)

Case No.    07-11652-brl

Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __22__ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   August 22, 2007

Signature

Lewis Y. Faber
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.